FILED

06 OCT 27 AM 10:28

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
GILLON BROWN COOPER, JR.,
Defendant.

CASE NO. 06CR315-H-ALL

**ORDER DENYING DEFENDANT'S REQUEST FOR MODIFICATION OF SENTENCE**

On October 23, 2006, Defendant Gillon Brown Cooper, Jr. ("Defendant") submitted a request that the Court modify his sentence. The Court sentenced Defendant to a term of 41 months in prison followed by three years of supervised release, including a four month commitment to the Community Corrections Center, on May 15, 2006. (Doc. No. 15.) After reviewing the request, the Court **DECLINES** to modify Defendant's sentence and **DENIES** his request without prejudice. See Fed. R. Crim. P. 32.1, 35. The Court will provide copies of this order and Defendant's request to counsel and the government.

IT IS SO ORDERED.

Dated: 10/25/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**COPIES TO:**

Gillon Cooper
Fed. # 96506-198
Fed. Correctional Inst.
37900 North 45 th Ave.
Phoenix, AZ 85086

Shaun Khojayan
Shaun Khojayan and Asosciates
121 Broadway, Suite 338
San Diego, CA 92101

U.S. Attorney CR
U.S. Attorney's Office, Southern District of California
Criminal Division
880 Front Street, Room 6293
San Diego, CA 92101